IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

Motion GRANTED

| | |
|---|---|
| EDWIN R. RUTHERFORD )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>YAMAHA MOTOR CORPORATION, )<br>U.S.A., YAMAHA MOTOR )<br>MANUFACTURING CORPORATION )<br>OF AMERICA, LEE H. CARTER )<br>BUILDING SERVICE, INC. d/b/a )<br>CARTER EQUIPMENT COMPANY, and)<br>POLARIS OF HOPKINSVILLE, LLC )<br>d/b/a JPM PEFORMANCE )<br>POWERSPORTS )<br>)<br>Defendants. ) | CASE NO. 3: 07-1259<br>JURY DEMAND |

## MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff hereby moves the Court for leave, pursuant to Rule 15 of the Federal Rules of Civil Procedure, to file a First Amended Complaint. A proposed First Amended Complaint is submitted herewith. This amendment is necessary to properly state the name of Defendant Yamaha.

## SUBSTANCE OF AMENDMENT

Plaintiff proposes to amend his Complaint to include Defendant Yamaha Corporation of America. Plaintiff learned through service of process issues that that the Parent Corporation Yamaha of America was a proper party to be served with this lawsuit. Plaintiff has now served Yamaha Corporation of America with a summons and Complaint.

## LEGAL DISCUSSION

The proposed amendments to the original Complaint are appropriate and should be